IC

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS

**FILED**

MAR 02 2026 JxM

THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

MR. ROBERT A. AUSTIN, et.

_____

(Enter above the full name
of the plaintiff or plaintiffs in
this action)

1:26-cv-02296
Judge Sharon Johnson Coleman
Magistrate Judge Keri L. Holleb Hotaling
RANDOM/CAT. 2

vs.

Case No: _____
(To be supplied by the Clerk of this Court)

CITY OF CHICAGO,
A MUNICIPAL CORPORATION, et.

_____
_____
_____

(Enter above the full name of ALL
defendants in this action. Do not
use "et al.")

**CHECK ONE ONLY:**

✓     **COMPLAINT UNDER THE CIVIL RIGHTS ACT, TITLE 42 SECTION 1983 U.S. Code** (state, county, or municipal defendants)

_____     **COMPLAINT UNDER THE CONSTITUTION ("BIVENS" ACTION), TITLE 28 SECTION 1331 U.S. Code** (federal defendants)

_____     **OTHER** (cite statute, if known)

*BEFORE FILLING OUT THIS COMPLAINT, PLEASE REFER TO "INSTRUCTIONS FOR FILING." FOLLOW THESE INSTRUCTIONS CAREFULLY.*

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

I. **Plaintiff(s):**

A. Name: ROBERT A. AUSTIN

B. List all aliases: NOT APPLICABLE

C. (JAIL) Prisoner identification number: 20250617161

D. ※ Place of present confinement: COOK COUNTY DEPARTMENT OF CORRECTIONS

E. Address: 2700 S. CALIFORNIA AVE., CHICAGO, IL 60608

※ JUNE 17, 2025 THROUGH SEPTEMBER 25, 2025

(If there is more than one plaintiff, then each plaintiff must list his or her name, aliases, I.D. number, place of confinement, and current address according to the above format on a separate sheet of paper.) MAIL COURT DOCUMENTS TO PRIMARY RESIDENCE: 7927 S. SACRAMENTO AVE. CHICAGO, IL 60652

II. **Defendant(s):**

(In A below, place the full name of the first defendant in the first blank, his or her official position in the second blank, and his or her place of employment in the third blank. Space for two additional defendants is provided in B and C.)

A. Defendant: CITY OF CHICAGO, A MUNICIPAL CORPORATION

Title: SEE ABOVE

Place of Employment: SEE ABOVE

B. Defendant: CHICAGO POLICE DEPARTMENT

Title: SEE ABOVE

Place of Employment: CITY OF CHICAGO, A MUNICIPAL CORPORATION

C. Defendant: (UNKNOWN) CHICAGO POLICE (STAR # PENDING)

Title: (UNKNOWN) - PENDING DISCOVERY

Place of Employment: CHICAGO POLICE DEPARTMENT

(If you have more than three defendants, then all additional defendants must be listed according to the above format on a separate sheet of paper.)

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

# UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT
## OF ILLINOIS, EASTERN DIVISION
### — PAGE 2.01 —

## I. PLAINTIFFS:

A) MR. ROBERT A. AUSTIN
7927 S. SACRAMENTO AVE.
CHICAGO, IL 60652

B) RAAPOETRY, LLC
917 W. WASHINGTON BLVD., SUITE 220
CHICAGO, IL 60607

### PRESENT CONFINEMENT*

COOK COUNTY DEPARTMENT OF CORRECTIONS
2700 S. CALIFORNIA AVE.
CHICAGO, IL 60608
[06/17/2025 THRU 09/25/2025*]

## II. DEFENDANTS:

A) CITY OF CHICAGO, A MUNICIPAL CORPORATION
121 N. LASALLE ST., 4TH FLOOR
CHICAGO, IL 60602

B) CHICAGO POLICE DEPARTMENT
3510 S. MICHIGAN AVE.
CHICAGO, IL 60653

C) CHICAGO POLICE DEPARTMENT
5101 S. WENTWORTH AVE.
CHICAGO, IL 60609

D) (UNKNOWN) CHICAGO POLICE (STAR # PENDING_____)
3510 S. MICHIGAN AVE.
CHICAGO, IL 60653

E) (UNKNOWN) CHICAGO POLICE (STAR # PENDING_____)
3510 S. MICHIGAN AVE.
CHICAGO, IL 60653

F) (UNKNOWN) CHICAGO POLICE (STAR # PENDING_____)
3510 S. MICHIGAN AVE.
CHICAGO, IL 60653

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

III. List ALL lawsuits you (and your co-plaintiffs, if any) have filed in any state or federal court in the United States: (SEE ATTACHED SHEETS)

    A. Name of case and docket number: _____

    B. Approximate date of filing lawsuit: _____

    C. List all plaintiffs (if you had co-plaintiffs), including any aliases: _____

    D. List all defendants: _____

    E. Court in which the lawsuit was filed (if federal court, name the district; if state court, name the county): _____

    F. Name of judge to whom case was assigned: _____

    G. Basic claim made: _____

    H. Disposition of this case (for example: Was the case dismissed? Was it appealed? Is it still pending?): _____

    I. Approximate date of disposition: _____

**IF YOU HAVE FILED MORE THAN ONE LAWSUIT, THEN YOU MUST DESCRIBE THE ADDITIONAL LAWSUITS ON ANOTHER PIECE OF PAPER, USING THIS SAME FORMAT. REGARDLESS OF HOW MANY CASES YOU HAVE PREVIOUSLY FILED, YOU WILL NOT BE EXCUSED FROM FILLING OUT THIS SECTION COMPLETELY, AND FAILURE TO DO SO MAY RESULT IN DISMISSAL OF YOUR CASE. CO-PLAINTIFFS MUST ALSO LIST ALL CASES THEY HAVE FILED.**

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

# UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION
## —PAGE 3.01—

## III. ALL LAWSUITS (FEDERAL)/OR (STATE)(Illinois) IN THE UNITED STATES

A) AUSTIN, ET. v. COOK COUNTY, A MUNICIPAL CORPORATION, ET.
CASE No. 2021-CV-03826 (FILED: JULY 19, 2021)
UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION
219 S. DEARBORN ST.
CHICAGO, IL 60604
HONORABLE JUDGE ROBERT BLAKEY (JOHN ROBERT BLAKEY)
CLAIMS (OF LITIGATION): 42 U.S.C. §1983 - DEPRIVATION OF CIVIL RIGHTS; VIOLATION OF FOURTEENTH (14TH) AMENDMENT - (EQUAL PROTECTION OF THE LAW/DUE PROCESS); CONSPIRACY TO DEPRIVE CIVIL RIGHTS; MEDICAL MALPRACTICE; DEFAMATION; FALSE LIGHT; TORTIOUS INTERFERENCE WITH BUSINESS EXPECTANCY; VIOLATION OF LOCAL GOVERNMENTAL AND GOVERNMENTAL EMPLOYEES TORT IMMUNITY ACT (745 ILCS 10/9-102); ETC.

DISPOSITION OF CASE: CASE WAS DISMISSED, ALTHOUGH EVIDENCE WAS PROVIDED TO THE DISTRICT COURT TO SUPPORT LEGAL CLAIMS. PLAINTIFF WAS ADVISED TO PURSUE SOME LEGAL CLAIMS IN STATE (IL) COURT, RATHER THAN FEDERAL COURT. PLAINTIFF (PRO SE, MR. ROBERT A. AUSTIN) WAS UNABLE TO OBTAIN LEGAL REPRESENTATION FOR HIMSELF, NOR FOR PLAINTIFF (RAAPOETRY, LLC). THE AWARD OF COMPENSATORY DAMAGES, PUNITIVE DAMAGES, INJUNCTIVE RELIEF, DECLATORY RELIEF, AND ANY OTHER RELIEF DEEMED APPROPIATE BY THE DISTRICT COURT, FEDERAL JUDICIARY, ETC. STILL REMAIN DUE TO PLAINTIFFS (MR. ROBERT A. AUSTIN; RAAPOETRY, LLC). IT SHOULD BE NOTED PLAINTIFF (AUSTIN) VIGOROUSLY SOUGHT LEGAL REPRESENTATION WITH REPUTABLE LAW FIRMS,

### III. ALL LAWSUITS (FEDERAL)/OR (STATE), IN THE UNITED STATES (Illinois) (-CONTINUED)

A) BUT TO NO AVAIL, COUNSEL WAS NOT OBTAINED. DENIAL LETTERS WERE PROVIDED TO PLAINTIFF (AUSTIN) INDICATING THE DENIAL OF REPRESENTATION WAS NOT BASED UPON THE MERITS OF THE CASE, BUT DO TO THE COMPANY NOT TAKING ANY ADDITIONAL CASES; ETC.

IT SHOULD BE FURTHER NOTED, AN APPEAL WAS FILED WITH THE UNITED STATES COURT OF APPEALS FOR THE SEVENTH (7th) CIRCUIT, REFLECTED AS CASE NO. 22-2856.

FURTHERMORE, THE APPENDIX FOR THE WRIT OF CERTIORARI WAS SUBMITTED TO THE US SUPREME COURT. THE EXTENSION OF TIME, PROVIDED BY THE OFFICE OF THE CLERK OF THE US SUPREME COURT, HAS EXPIRED TO MAKE CORRECTIONS, AND THE CASE HAS BEEN DISMISSED, LEAVING ALL THE LEGAL CLAIMS LEFT UNRESOLVED.

PLAINTIFFS:
1) MR. ROBERT A. AUSTIN (PRO SE LITIGANT)
2) RAAPOETRY, LLC

DEFENDANTS:
1) COOK COUNTY, A MUNICIPAL CORPORATION
118 N. CLARK ST., SUITE 537
CHICAGO, IL 60602

2) FORENSIC CLINICAL SERVICES (OF THE CIRCUIT COURT OF COOK COUNTY ILLINOIS)
2600 S. CALIFORNIA AVE., 10TH FLOOR
CHICAGO, IL 60608

UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT
OF ILLINOIS, EASTERN DIVISION
— PAGE 3.03 —

## III. ALL LAWSUITS (FEDERAL) / OR (STATE) (ILLINOIS), IN THE UNITED STATES (-CONTINUED)

A) <u>DEFENDANTS:</u> (-CONTINUED)

3) BRIAN T. CURRAN (LICENSED CLINICAL ▮▮▮▮▮ PSYCHOLOGIST)
FORENIC CLINICAL SERVICES (OF THE CIRCUIT COURT OF COOK COUNTY ILLINOIS)
2600 S. CALIFORNIA AVE., 10TH FLOOR
CHICAGO, IL 60608

B) AUSTIN, ET. v. CITY OF **CHICAGO**, A MUNICIPAL CORPORATION, ET.
CASE NO. 2018-CV-07268 (FILED: OCTOBER 31, 2018)
UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION
219 S. DEARBORN ST.
CHICAGO, IL 60604
HONORABLE JUDGE THOMAS M. DURKIN
<u>CLAIMS (OF LITIGATION):</u> 42 U.S.C. § 1983 - DEPRIVATION OF CIVIL RIGHTS; VIOLATION OF FOURTH (4TH) AMENDMENT - (ILLEGAL SEARCH & SEIZURE); VIOLATION OF FOURTEENTH (14TH) AMENDMENT - (EQUAL PROTECTION OF THE LAW / DUE PROCESS); CONSPIRACY TO DEPRIVE CIVIL RIGHTS; FALSE ARREST; FALSE IMPRISONMENT; DEFAMATION; FALSE **LIGHT**; TORTIOUS INTERFERENCE WITH BUSINESS EXPECTANCY; VIOLATION OF LOCAL GOVERNMENTAL AND GOVERNMENTAL EMPLOYEES TORT IMMUNITY ACT (745 ILCS 10/9-102); ETC.
<u>DISPOSITION OF CASE:</u> CASE WAS DISMISSED DURING DISCOVERY,

UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT
OF ILLINOIS, EASTERN DIVISION
-PAGE 3.04-

III. ALL LAWSUITS (FEDERAL)/OR (STATE), IN THE UNITED STATES (-CONTINUED)

B) DISPOSITION OF CASE: CASE WAS DISMISSED DURING DISCOVERY, ALTHOUGH AN OVERWHELMING, MANIFEST WEIGHT OF EVIDENCE WAS PROVIDED TO THE DISTRICT COURT TO SUPPORT ALL THE LEGAL CLAIMS. PLAINTIFFS CASE WAS DISMISSED DURING A TELEPHONE STATUS HEARING, AFTER AN ARGUMENT IN-SUED BETWEEN PLAINTIFF (MR. ROBERT A. AUSTIN), AND THE DISTRICT COURT JUDGE (HONORABLE THOMAS M. DURKIN). PLAINTIFF (PRO SE, MR. ROBERT A. AUSTIN) WAS PASSIONATELY ADVOCATING FOR HIS CASE, BUT PLAINTIFF (AUSTIN'S) COMMUNICATION WAS UNFORTUNATELY INTERPRETED AS INSUBORDINATION TOWARDS THE DISTRICT COURT JUDGE (HONORABLE THOMAS M. DURKIN). UNFORTUNATELY, THE CASE WAS DISMISSED DURING DISCOVERY, LEAVING ALL THE LEGAL CLAIMS LEFT UNRESOLVED.
THE AWARD OF COMPENSATORY DAMAGES, PUNITIVE DAMAGES, INJUNCTIVE RELIEF, DECLATORY RELIEF, AND ANY OTHER RELIEF DEEMED APPROPIATE BY THE DISTRICT COURT, FEDERAL JUDICIARY, ETC. STILL REMAIN DUE TO PLAINTIFFS (MR. ROBERT A. AUSTIN; RAAPOETRY, LLC).

IT SHOULD BE FURTHER NOTED, AN APPEAL WAS FILED WITH THE UNITED STATES COURT OF APPEALS FOR THE SEVENTH (7TH) CIRCUIT, REFLECTED AS CASE NO. 22-1509.

# UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

— PAGE 3.05 —

## III. ALL LAWSUITS (FEDERAL) OR (STATE), IN THE UNITED STATES (–CONTINUED)

### B) DISPOSITION OF CASE: (–CONTINUED)

FURTHERMORE, A PETITION FOR A WRIT OF CERTIORARI DATED APRIL 17, 2023 WAS SUBMITTED TO THE US SUPREME COURT. THE EXTENSION OF TIME, PROVIDED BY THE OFFICE OF THE CLERK OF THE US SUPREME COURT, HAS EXPIRED TO MAKE CORRECTIONS, AND THE CASE HAS BEEN DISMISSED, LEAVING ALL THE LEGAL CLAIMS LEFT UNRESOLVED.

**PLAINTIFFS:**
1) MR. ROBERT A. AUSTIN (PRO SE LITIGANT)
2) RAAPOETRY, LLC

**DEFENDANTS:**

1) CITY OF CHICAGO, A MUNICIPAL CORPORATION
   121 N. LASALLE ST., 4TH FLOOR
   CHICAGO, IL 60602

2) MICHAEL MUELLER (STAR No. _____)
   CHICAGO POLICE DEPARTMENT
   3510 S. MICHIGAN AVE.
   CHICAGO, IL 60653

3) URIEL PADILLA (STAR No. _____)
   CHICAGO POLICE DEPARTMENT
   3510 S. MICHIGAN AVE.
   CHICAGO, IL 60653

4) SHARON HUFFMAN (STAR No. _____)
   CHICAGO POLICE DEPARTMENT
   3510 S. MICHIGAN AVE.
   CHICAGO, IL 60653

UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT
OF ILLINOIS, EASTERN DIVISION
—PAGE 3.06—

**III. ALL LAWSUITS (FEDERAL)/OR (STATE), IN THE UNITED STATES**
(—CONTINUED)

B) DEFENDANTS: (—CONTINUED)

5) JOHN A. MACIEJEWSKI JR. (STAR No. _____)
CHICAGO POLICE DEPARTMENT
3510 S. MICHIGAN AVE.
CHICAGO, IL 60653

6) LAWRENCE J. BOND (STAR No. 21240)
CHICAGO POLICE DEPARTMENT
3510 S. MICHIGAN AVE.
CHICAGO, IL 60653

7) TIM, JERAD (AKA TIM, JERAD) (STAR No. 21137)
CHICAGO POLICE DEPARTMENT
3510 S. MICHIGAN AVE.
CHICAGO, IL 60653
(JERAD TIM)

---

C) AUSTIN, v. FEDERAL RESERVE BANK OF CHICAGO
CASE No. 2013-CV-05990 (FILED: AUGUST 22, 2013)
UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT
OF ILLINOIS, EASTERN DIVISION
219 S. DEARBORN ST.
CHICAGO, IL 60604
HONORABLE JUDGE REBECCA R. PALLMEYER
CLAIMS (OF LITIGATION): EMPLOYMENT DISCRIMINATION; ETC.
42 U.S.C. §1983 —VIOLATION OF TITLE VII OF CIVIL RIGHTS
ACT OF 1964, ETC.

UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT
OF ILLINOIS, EASTERN DIVISION
—PAGE 3.07—

## III. ALL LAWSUITS (FEDERAL)/OR (STATE), IN THE UNITED STATES

C) DISPOSITION OF CASE: CASE WAS DISMISSED AT SUMMARY MOTION OF THE DEFENDANT (i.e. SUMMARY JUDGMENT). SUMMARY JUDGMENT FOR DISMISSAL WAS **GRANTED** IN FAVOR OF THE DEFENDANT (FEDERAL RESERVE BANK OF CHICAGO), ALTHOUGH AN ABUNDANCE OF MANIFEST WEIGHT OF EVIDENCE WAS PROVIDED TO THE DISTRICT COURT TO SUPPORT ALL THE LEGAL CLAIMS OF THE PLAINTIFF (MR. ROBERT A. AUSTIN).
AS SUCH, IT SHOULD BE FURTHER NOTED, AN **APPEAL** WAS FILED WITH THE UNITED STATES COURT OF APPEALS FOR THE SEVENTH (7TH) CIRCUIT, REFLECTED AS CASE No. 15-___ ).
FURTHERMORE, SUBSEQUENT TO THE APPEAL TO THE SEVENTH (7TH) CIRCUIT, A SETTLEMENT AGREEMENT WAS REACHED, OR AGREED UPON BETWEEN THE TWO PARTIES, PLAINTIFF (MR. ROBERT A. AUSTIN), AND DEFENDANT (FEDERAL RESERVE BANK OF CHICAGO). HENCE, THE APPEAL WAS WITHDRAWN BY PLAINTIFF.

PLAINTIFF: 1) MR. ROBERT A. AUSTIN (PRO SE LITIGANT)

DEFENDANT:
1) FEDERAL RESERVE BANK OF CHICAGO
230 S. LASALLE ST.
CHICAGO, IL 60602

# UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS EASTERN DIVISION
### -PAGE 3.08-

III. <u>ALL LAWSUITS (FEDERAL)/OR (STATE), IN THE UNITED STATES</u>

D) AUSTIN, ET. v. SHAWN COREY CARTER, ET.
CASE NO. 2024L002573 (FILED: MARCH 11, 2024)
CIRCUIT COURT OF COOK COUNTY, ILLINOIS
DALEY CENTER
50 W. WASHINGTON ST.
CHICAGO, IL 60602
HONORABLE JUDGE

<u>CLAIMS (OF LITIGATION)</u>: STATE (ILLINOIS) - VIOLATION OF RIGHT TO PRIVACY; CYBERSTALKING; CONSPIRACY TO DEPRIVE CIVIL RIGHTS; DEFAMATION; FALSE LIGHT; TORTIOUS INTERFERENCE WITH BUSINESS EXPECTANCY, ETC.

<u>DISPOSITION OF CASE</u>: THIS CASE WAS FILED ON MARCH 11, 2024 AT THE DALEY CENTER (50 W. WASHINGTON ST., CHICAGO, IL 60602). WITHIN MINUTES OF LEAVING THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS (DALEY CENTER - 50 W. WASHINGTON ST., CHICAGO, IL 60602), PLAINTIFF (MR. ROBERT A. AUSTIN) WAS ACOSTED ON THE STREET (ON CLARK ST./NEAR WASHINGTON ST.), BEING WITHIN CLOSE (VISIBLE - "YARDS" (METRICS)) PROXIMITY OF THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS (DALEY CENTER) BY AN UNKNOWN INDIVIDUAL, ON SAME DAY, BEING MARCH 11, 2024.
AS A RESULT OF THIS UNEXPECTED ENCOUNTER, PLAINTIFF (MR. ROBERT A. AUSTIN) IMMEDIATELY INVOKED PLAINTIFF'S CONSTITUTIONAL RIGHTS AND ILLINOIS RIGHTS OF SELF-DEFENSE, AND EQUAL

# UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS EASTERN DIVISION
### —PAGE 3.09—

**III. ALL LAWSUITS (FEDERAL)/OR (STATE), IN THE UNITED STATES**
(-CONTINUED-)

**D) DISPOSITION OF CASE:** (-CONTINUED-)

PROTECTION OF THE LAW [US CONSTITUTION: FOURTEENTH (14TH) AMENDMENT]; [ILLINOIS CONSTITUTION: ARTICLE I, SECTION 2], (AS WELL AS, US CONSTITUTION: SECOND (2ND) AMENDMENT]; [ILLINOIS CONSTITUTION: ARTICLE I, SECTION 22], ETC.

SUBSEQUENT TO THIS ASSERTION OF SELF-DEFENSE, AND EQUAL PROTECTION OF THE LAW, PLAINTIFF (MR. ROBERT A. AUSTIN) ON MARCH 11, 2024, BEING THE SAME DAY FOR WHICH THIS CIVIL LAWSUIT WAS FILED IN THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS (AT THE DALEY CENTER: 50 W. WASHINGTON ST., CHICAGO, IL 60602), WAS ARRESTED A FEW HOURS LATER BY THE CHICAGO POLICE DEPARTMENT FOR THE DISCHARGE OF A FIREARM; AND TAKEN INTO CUSTODY ON MARCH 11, 2024 BY THE CHICAGO POLICE DEPARTMENT.

IT SHOULD BE PATENTLY NOTED, THE SAME DAY PLAINTIFF (MR. ROBERT A. AUSTIN) FILED THE CIVIL LAWSUIT AGAINST SHAWN COREY CARTER, ET., (MARCH 11, 2024) PLAINTIFF (MR. ROBERT A. AUSTIN) WAS ARRESTED BY THE CHICAGO POLICE DEPARTMENT FOR THE

III. ALL LAWSUITS (FEDERAL)/OR (STATE), IN THE UNITED STATES
(-CONTINUED-)

D) DISPOSITION OF CASE: (-CONTINUED-)
DISCHARGE OF A FIREARM, FOR WHICH PLAINTIFF ASSERTED HIS CONSTITUTIONAL RIGHT OF SELF-DEFENSE, EQUAL PROTECTION OF THE LAW, ETC.

WHILE IN THE CUSTODY OF THE CHICAGO POLICE DEPARTMENT, AT THE SECOND POLICE DISTRICT (2ND DISTRICT) PER REPORT SUBJECTED TO INVESTIGATION FOR ACCURACY OF HOLDING FACILITY, PLAINTIFF MR. ROBERT A. AUSTIN WAS SUBJECTED TO ADVERSE TREATMENT IN VIOLATION OF 725 ILCS 5/103-2 (TREATMENT WHILE IN CUSTODY) BY THE CHICAGO POLICE DEPARTMENT. SPECIFICALLY, PLAINTIFF WAS SHOT IN THE ARM WITH A SEDATION DRUG, AND ONCE PLAINTIFF WENT TO SLEEP IN THE HOLDING CELL OF THE CHICAGO POLICE DEPARTMENT, SHIT (FECES) (HUMAN FECES) WAS SMEARED ON HIS FACIAL CHEEKS, AND ALSO PUT INTO PLAINTIFF'S MOUTH. THESE TYPE OF TACTICS ARE SIMILAR TO THOSE UTILIZED REPORTEDLY BY THE CENTRAL INTELLIGENCE AGENCY (CIA) OF THE UNITED STATES GOVERNMENT (USA GOVT). FURTHERMORE, THE INGESTING OF THE FECES CAUSED IMMEDIATE INCAPACITATION OF PLAINTIFF (AUSTIN) CAUSING IMMEDIATE EMERGENCY ROOM HOSPITALIZATION.

UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT
OF ILLINOIS EASTERN DIVISION
— PAGE 3.11 —

## III. ALL LAWSUITS (FEDERAL)/OR (STATE), IN THE UNITED STATES (-CONTINUED-)

D) DISPOSITION OF CASE: (-CONTINUED-)

AS SUCH, THIS LAWSUIT IS FILED TO ADDRESS THE INHUMANE TREATMENT THAT OCCURRED TO PLAINTIFF (MR. ROBERT A. AUSTIN) IN VIOLATION OF ILLINOIS LAWS, AND FEDERAL LAWS, INCLUDING BUT NOT LIMITED TO 725 ILCS 5/103-2; DEFAMATION; FALSE LIGHT; TORTIOUS INTERFERENCE WITH BUSINESS EXPECTANCY; EQUAL PROTECTION OF THE LAW; ETC.

ADDITIONALLY, ON/NEAR MARCH 12, 2024, PLAINTIFF (MR. ROBERT A. AUSTIN) WAS TAKEN TO ST. BERNARD HOSPITAL FOR EMERGENCY SERVICES. PLAINTIFF (AUSTIN) HAS YET TO BE INFORMED IF AN AMBULATORY SERVICE WAS UTILIZED, OR WHETHER THE CHICAGO POLICE DEPARTMENT FACILITATED THE TRANSPORT TO ST. BENARD HOSPITAL IN CHICAGO, IL.

PLAINTIFF (MR. ROBERT A. AUSTIN) WAS DISCHARGED FROM ST. BENARD HOSPITAL ON/NEAR MARCH 14, 2024; AND ULTIMATELY TRANSFERED INTO THE CUSTODY OF THE COOK COUNTY DEPARMENT OF CORRECTIONS (CCDOC) FOR COURT APPEARANCE ON MARCH 18, 2024.

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

### IV. Statement of Claim:

State here as briefly as possible the facts of your case. Describe how each defendant is involved, including names, dates, and places. **Do not give any legal arguments or cite any cases or statutes.** If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. (Use as much space as you need. Attach extra sheets if necessary.)

ON MARCH 11, 2024, AND NO LATER THAN MARCH 14, 2024 (PRESUMABLY) [DATE], WHILE IN THE CUSTODY OF THE CHICAGO POLICE DEPARTMENT OF THE CITY OF CHICAGO, A MUNICIPAL CORPORATION (DEFENDANT), PLAINTIFF MR. ROBERT A. AUSTIN WAS SUBJECTED TO MULTIPLE VIOLATIONS OF FEDERAL LAW, AND ILLINOIS LAW, AS DETAILED HEREIN OF SECTION THREE (3), SUBSECTION D OF THIS FEDERAL CIVIL RIGHTS COMPLAINT, ENTITLED "DISPOSITION OF THE CASE:" "AUSTIN, ET. V. SHAWN COREY CARTER, ET., CASE No. 2024L002573 (FILED: MARCH 11, 2024)." SPECIFICALLY, VIOLATIONS INCLUDE BUT ARE NOT LIMITED TO THE FOLLOWING:
FEDERAL: 42 USC § 1983 - DEPRIVATION OF CIVIL RIGHTS; 42 USC § 1983 - CONSPIRACY TO DEPRIVE CIVIL RIGHTS; 42 USC § 1983 - VIOLATION OF EQUAL PROTECTION OF THE LAW (FOURTEENTH (14TH) AMEND.);

4

Revised 9/2007

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

<u>42 USC §1983 - RESPONDEAT SUPERIOR; ETC.; ILLINOIS (STATE LAW): VIOLATION OF 725 ILCS 5/103-2 (INHUMANE TREATMENT); DEFAMATION; FALSE LIGHT; VIOLATION OF EQUAL PROTECTION OF THE LAW (ARTICLE I, SECTION 2); VIOLATION OF THE RIGHT TO RESTITUTION (ARTICLE I, SECTION 8.1(a)(12)); VIOLATION OF RIGHT TO REMEDY AND JUSTICE (ARTICLE I, SECTION 12); VIOLATION OF INDIVIDUAL DIGNITY (ARTICLE I, SECTION 20); VIOLATION OF SEARCHES, SEIZURES, PRIVACY AND INTERCEPTIONS (ARTICLE I, SECTION 6) ["ARTICLE I" OF THE ILLINOIS CONSTITUTION]; CONSPIRACY TO DEPRIVE CIVIL RIGHTS; ETC. TORTIOUS INTERFERENCE WITH BUSINESS EXPECTANCY EXPECTANCY; *VIOLATION OF LOCAL PUBLIC ENTITY TORT IMMUNITY ACT* (745 ILCS 10/9-102); ETC. PLAINTIFFS (MR. ROBERT A. AUSTIN; AND RAAPOETRY, LLC) RESERVE THE RIGHT TO AMEND THIS FEDERAL CIVIL RIGHTS COMPLAINT HEREIN, AS NEEDED.</u>

\* <u>(LOCAL GOVERNMENTAL AND GOVERNMENTAL EMPLOYEES TORT IMMUNITY ACT 745 ILCS 10/9-102)</u>

5

Revised 9/2007

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

V. **Relief:**

State briefly exactly what you want the court to do for you. Make no legal arguments. Cite no cases or statutes.

PLAINTIFFS (MR. ROBERT A. AUSTIN; AND RAAPOETRY, LLC) ARE SEEKING COMPENSATORY DAMAGES, PUNITIVE DAMAGES; AND ANY OTHER RELIEF DEEMED APPROPRIATE BY THE FEDERAL COURT.

VI. The plaintiff demands that the case be tried by a jury.  ☒ YES  ☐ NO

CERTIFICATION

PLAINTIFF I:

By signing this Complaint, I certify that the facts stated in this Complaint are true to the best of my knowledge, information and belief. I understand that if this certification is not correct, I may be subject to sanctions by the Court.

Signed this 24TH day of FEB., 20 26

(Signature of plaintiff or plaintiffs)

ROBERT A. AUSTIN
(Print name)

_____
(I.D. Number)

7927 S. SACRAMENTO AVE.
CHICAGO, IL 60652
(Address)

PLAINTIFF II:

x _____ (ROBERT A. AUSTIN - FOUNDER)
RAAPOETRY, LLC (CHIEF EXECUTIVE OFFICER)
917 W. WASHINGTON BLVD., SUITE 220
CHICAGO, IL 60607    DATED: FEBRUARY 24, 2026

6

Revised 9/2007

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

**Receipt 1:**

The UPS Store #5871
917 W Washington Blvd
Chicago, IL   60607-2203
312-850-4623

Terminal....: POS5871F         Date.: 2/28/2026
Employee....: 328272           Time.: 12:53 PM

ITEM NAME          QTY    PRICE       TOTAL
-------------------------------------------
Ground Residential                    $23.13
                    1 @   $23.13
Tax                                    $0.00
MM07CJRQ2SH6F
Tracking Number - 1Z165A6V4222625669

Subtotal                              $23.13
  Shipping/Other Charges               $0.00
  Total tax                            $0.00

Total                                 $23.13

Cash                                  $40.00

Change back (Cash)                  ($16.87)
================================
Items Designated NR are NOT eligible
for Returns, Refunds or Exchanges.

US Postal Rates Are Subject to Surcharge.

|||||||||||||||||||||||||||||
1 2 6 0 2 2 8 5 8 7 1 A 0 2 9 1 1 9

View The UPS Store, Inc.'s privacy notice at
https://www.theupsstore.com/privacy-policy

**Receipt 2:**

The UPS Store #5871
917 W Washington Blvd
Chicago, IL   60607-2203
312-850-4623

Terminal....: POS5871F         Date.: 2/28/2026
Employee....: 328272           Time.: 12:57 PM

ITEM NAME          QTY    PRICE       TOTAL
-------------------------------------------
Ground Commercial                     $22.04
                    1 @   $22.04
Tax                                    $0.00
MM07CJRGGM351
Tracking Number - 1Z165A6V4255960860

Subtotal                              $22.04
  Shipping/Other Charges               $0.00
  Total tax                            $0.00

Total                                 $22.04

Cash                                  $25.05

Change back (Cash)                   ($3.01)
================================
Items Designated NR are NOT eligible
for Returns, Refunds or Exchanges.

US Postal Rates Are Subject to Surcharge.



1 2 6 0 2 2 8 5 8 7 1 A 0 2 9 1 2 0

View The UPS Store, Inc.'s privacy notice at

**Receipt 3:**

The UPS Store #5871
917 W Washington Blvd
Chicago, IL   60607-2203
312-850-4623

Terminal....: POS5871F         Date.: 2/28/2026
Employee....: 328272           Time.: 12:59 PM

ITEM NAME          QTY    PRICE       TOTAL
-------------------------------------------
Ground Commercial                     $22.04
                    1 @   $22.04
Tax                                    $0.00
MM07CJRERAHVU
Tracking Number - 1Z165A6V4222692980

Subtotal                              $22.04
  Shipping/Other Charges               $0.00
  Total tax                            $0.00

Total                                 $22.04

Cash                                  $22.25

Change back (Cash)                   ($0.21)
================================
Items Designated NR are NOT eligible
for Returns, Refunds or Exchanges.

US Postal Rates Are Subject to Surcharge.



1 2 6 0 2 2 8 5 8 7 1 A 0 2 9 1 2 1

View The UPS Store, Inc.'s privacy notice at
https://www.theupsstore.com/privacy-policy